```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                      :
JESS BAHS, *et al.*,                            :
                                                      :
                           Plaintiffs,    :           1:25-mc-353-GHW
                                                      :
            -v -                          :           <u>ORDER</u>
                                                       :
NEW YORK STOCK EXCHANGE, LLC, *et al.*, :
                                                       :
                         Movants.    :
                                                       :
------------------------------------------------------------- X

      On August 19, 2025, non-party Intercontinental Exchange, Inc. ("ICE") and its non-party subsidiaries New York Stock Exchange, LLC, NYSE Arca, Inc., and NYSE American, LLC (collectively, the "Movants") filed a motion to quash a subpoena dated June 4, 2025 and served on ICE's registered agent on June 5, 2025. Dkt. Nos. 2–4. Plaintiffs' opposition is due no later than September 9, 2025. Any reply is due no later than September 16, 2025.

      The Court will hold oral argument on the motion to quash on October 22, 2025 at 10:00 a.m. in Courtroom 12C of the Daniel Patrick Moynihan United States Courthouse, New York, New York 10007.

      Movants are directed to serve a copy of this order on Plaintiffs.

      SO ORDERED.

Dated: August 26, 2025

                                                           _____
                                                               GREGORY H. WOODS
                                                         United States District Judge