USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __9/10/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMORANDUM ENDORSED**

| | |
|---|---|
| JESS BAHS AND DENISE BAHS, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE DEFENDANT(S) (1) – (3), <br><br> Defendants. | Case No. 25-mc-353-GHW <br><br> Underlying Case in the U.S. District Court for the Eastern District of Michigan, Civil Action No. 2:25-cv-11548-LJM-DRG <br><br> **NOTICE OF WITHDRAWAL OF MOTION TO QUASH THE SUBPOENA DATED JUNE 4, 2025** |

**PLEASE TAKE NOTICE** that Movants New York Stock Exchange, LLC, NYSE Arca, Inc., NYSE American, LLC, and Intercontinental Exchange, Inc. ("Movants") have reached an agreement with Jess Bahs and Denise Bahs, memorialized in email correspondence with the Bahs' counsel that concluded on September 8, 2025, in which the Bahs have agreed to, *inter alia*, withdraw the subpoena here at issue and not to issue any additional subpoenas to Movants except under specific agreed-upon conditions. Because Movants and the Bahs agree this agreement moots the pending Motion to Quash, Movants withdraw the pending motion and respectfully request that the Court cancel all pending dates and close this matter.

1

Dated: September 9, 2025            Respectfully submitted,

                                                    DENTONS US LLP

                                                    By:  */s/ Douglas W. Henkin*
                                                    Douglas W. Henkin
                                                    Stephen Della Fera
                                                    1221 Avenue of the Americas
                                                    New York, NY  10020-1089
                                                    Telephone: (212) 768-6700
                                                    Facsimile: (212) 768-6800

                                                  *Attorneys for Nonparties New York Stock Exchange, LLC, NYSE Arca, Inc., and NYSE American, LLC and Intercontinental Exchange, Inc.*

Application granted.  The pending motion to quash, Dkt. No. 2, is withdrawn.  The Clerk of Court is directed to terminate all pending motions and to close this case.

SO ORDERED.

Dated:  September 10, 2025  
New York, New York.                 _____  
                                      GREGORY H. WOODS  
                                     United States District Judge

## **CERTIFICATE OF SERVICE**

It is hereby certified that on September 9, 2025, I caused a copy of the foregoing to be served on the following attorneys by electronic mail:

Mary C. Dirkes
Michael J. Sheehan
Howard & Howard Attorneys PLLC
450 W 4th St.
Royal Oak, MI 48067
mdirkes@howardandhoward.com
msheehan@howardandhoward.com
*Counsel for Plaintiffs Jess Bahs and Denise Bahs*


                                               */s/ Stephen Della Fera*
                                               Stephen Della Fera